AO 91 (Rev. 11/11)  Criminal Complaint

FILED
JAMES J. VILT JR, CLERK
September 26, 2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Axel Jair Diaz-Hernandez<br>Clarence Demetrius Stott<br>Reginald DeWayne Brown | )<br>)<br>)  Case No.  3:22MJ-584<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 24, 2022__ in the county of __Jefferson__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841(a)(1) and 846 | Possession with Intent to Distribute Controlled Substances; Conspiracy to Posses with the Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Jennifer M. Traud
*Complainant's signature*

Jennifer Traud, Special Agent, DEA
*Printed name and title*

Sworn to before me by telephone.

Date: September 26, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

City and state: Louisville, Kentucky