## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jennifer M. Traud, having been duly sworn, depose and state:

1. I am a Special Agent of the U.S. Drug Enforcement Administration (DEA) assigned to the Louisville District Office. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516 (1). I have been a Special Agent of the Drug Enforcement Administration since 2004, during which time I have specialized in investigations involving narcotics trafficking. I have received specialized training on the subject of narcotics trafficking and money laundering and have been personally involved in investigations concerning the possession, distribution, and importation of controlled substances, as well as investigations concerning the methods utilized to finance transactions, launder and transport drug proceeds, and conceal assets purchased with illegal proceeds. This affidavit is based upon my personal knowledge, as well as information reported to me by other federal and local law enforcement officers and others with knowledge of the facts surrounding this case.

2. This affidavit is submitted in support of an application seeking an arrest warrant of Axel Jair DIAZ HERNANDEZ, Clarence Demetrius STOTT and Reginald DeWayne BROWN. Your Affiant alleges that the facts and circumstances outlined in this affidavit are indicative of probable cause to believe that Axel Jair DIAZ HERNANDEZ, Clarence Demetrius STOTT and Reginald DeWayne BROWN and others conspired on or around September 23, 2022, with the intent to distribute cocaine in violation of Title 21, United States Code 841 (a) (1) and 846.

**Background of Investigation**

3. In September 2022, Louisville Metro Police Department Detective Cody Pfeiffer, applied for and was granted an arrest warrant for Reginald DeWayne BROWN. This warrant was for wanton endangerment, fleeing and evading police 1st degree motor vehicle.

4. On September 21, 2022, based on the active arrest warrant for BROWN, Detective Pfeiffer applied for and was granted a search warrant by Jefferson County Circuit Court Judge Chauvin McKay for GPS location information and a trap and trace pen register over a cellular phone utilized by BROWN.

5. On September 22, 2022, at approximately 9:55am, LMPD began receiving GPS location information.

6. On September 23, 2022, at approximately 10:45am, law enforcement located BROWN traveling on south bound on Hurstbourne parkway at Whittington Parkway driving a grey Chevy Malibu. Surveillance was maintained on BROWN, and law enforcement observed that BROWN appeared to be making multiple "heat runs," or erratic movements intended to identify possible police vehicles that may be in pursuit. During the surveillance at a stop light on Fern Dale Road at Fern Creek Road officers observed the Chevy Malibu stopped in front of a Nissan Murano which was stopped in front of a black Kia. Law enforcement later identified DIAZ HERNANDEZ as the driver of the Nissan Murano and Ricky Legrande as the driver of the Kia. Your Affiant knows that it is common for individuals transporting narcotics and/or illegal drug proceeds to travel in tandem and employ spotter vehicles as well.

7. Law enforcement maintained rolling surveillance. The black Kia followed behind BROWN and DIAZ HERNANDEZ and continued to follow law enforcement after BROWN and the Nissan Murano pulled onto Buelah Church Road. Once law enforcement observed BROWN and the Nissan Murano pull into the driveway of 8805 Buelah Church Road, Louisville, KY., law enforcement made the decision to stop the Kia, who continued following a law enforcement vehicle. Law enforcement

    identified the driver of the Kia as Ricky Legrande. Law enforcement knows that Legrande is an associate of BROWN. After the traffic stop was concluded, members of law enforcement resumed surveillance at 8805 Buelah Church Road, Louisville, KY. Law enforcement observed the grey Chevy Malibu and the brown Nissan Murano in the driveway. On April 11, 2022 Jefferson Circuit Judge Brian Edwards issued an agreed order allowing STOTT to change his residence to 8805 Buelah Church Road so that STOTT could serve home incarceration at the residence related to state charges.

8. Law enforcement observed a white 2012 Audi A7 arrive and park in the driveway. Moments later law enforcement observed STOTT exit the vehicle and enter the residence of 8805 Buelah Church Road, Louisville, KY.

9. At this time DIAZ HERNANDEZ, BROWN and STOTT remained at the residence. Law enforcement observed DIAZ HERNANDEZ exit the residence and walk to the Nissan Murano and remove the tire. Law enforcement observed an unidentified female (UF) arrive in a white impala. STOTT walked to the vehicle and the UF handed him a white bag. The UF then departed the residence. BROWN and STOTT then continued to walk in and out of the residence with the bag. Later that day, the UF returned in the white impala. STOTT then exited the residence and walked to the vehicle, where the UF handed STOTT a vacuum sealer box and a box containing vacuum sealer bags. The UF then departed the residence and STOTT then returned to the residence and closed the door and locked the storm door. Approximately an hour and a half later, law enforcement observed DIAZ HERNANDEZ exit the front residence, holding something tight to his chest and walked straight to the Nissan Murano and was out of view of law enforcement. BROWN then exited the residence and entered the Audi A7. Law enforcement followed BROWN who went to Auto Zone on the Outer Loop and was observed leaving the store carrying a bag. BROWN then returned back to the residence.

10. At approximately 4:22pm, DIAZ HERNANDEZ departed the residence in the Nissan Murano. DIAZ HERNANDEZ drove to 9400 Blairwood Road, the Baymont INN and backed into a parking space next to a red Nissan Titan. Law enforcement observed DIAZ HERNANDEZ begin removing items from the Murano and placing

them inside the Titan.  DIAZ HERNANDEZ then entered the Nissan Titan.  At this time law enforcement approached DIAZ HERNANDEZ.  When law enforcement approached DIAZ HERNANDEZ, he had a user amount of marijuana in plain sight.  Based on this observation, law enforcement had probable cause to search the vehicle and upon searching the vehicle, law enforcement located approximately one kilogram of cocaine under the driver's seat.

11. Law enforcement applied for and was granted a search warrant by Jefferson County Circuit Court Judge McKay Chauvin for the residence located at 8805 Buelah Church Road.   While law enforcement was preparing the search warrant application, officers observed STOTT and BROWN leave the house and enter the white Audi.  Law enforcement stopped the Audi and detained both BROWN and STOTT.

12. Upon execution of the search warrant, law enforcement located approximately 7.5 kilograms of cocaine inside the kitchen.  Approximately 5 full bricks of cocaine and six quart-size bags of cocaine mixture were located in a container in the oven.  Three Ziploc baggies of suspected crack cocaine was located in a cabinet above the microwave along with a quart-size baggie of suspected powder cocaine.  Two small baggies of suspected cocaine were located in and next to a baby formula container on a kitchen counter.  The vacuum sealer previously observed was in the kitchen.  Vacuum sealed bags and rubber bands were also in the kitchen.  Law enforcement also located multiple rubber bands and dryer sheets near the vacuum sealer.  Your affiant knows that vacuum sealing systems and items that emit odors are commonly used to package controlled substances.  Law enforcement officers also located used kilogram wrapping material with apparent cocaine residue in a trash bag in the kitchen.  The wrapping material appeared to be similar to that surrounding the bricks of suspected cocaine located in the oven.

13. All suspected cocaine was later subjected to a TRU NARC instrument that is designed to analyze samples for the presence of narcotics.  The results were positive for the presence of cocaine.

14.   Law enforcement also located a large amount of united states currency scattered throughout the house.   A money counter was located in the kitchen.  Your affiant knows it is common for narcotics traffickers to use money counters to count drug

proceeds which are often cash. An AK-47 pistol was located in the master bedroom under the bed.

15. After being provided Miranda warnings, STOTT stated the residence at 8805 Beulah Church Road is the mother of his child's house, but he stays there. During the search of the house, law enforcement located men's clothing and jewelry in the bedroom.

16. Law enforcement also applied for and was granted a search warrant for the Nisan Murano by Jefferson County District Court Judge Josephine Layne Buckner. Upon execution of the search warrant law enforcement located an undetermined amount of United States Currency inside a hidden compartment underneath the vehicle near the tire. This was the same area that law enforcement observed DIAZ HERNANDEZ removing the tire earlier in the day.

## Summary

Based on the above information, with the evidence seized, and based on affiant's training and experience it is believed that Axel Jair DIAZ HERNANDEZ, Clarence Demetrius STOTT, and Reginald DeWayne BROWN conspired to possess with the intent to distribute in excess of five hundred grams (500) of a mixture containing Cocaine, in violation of Title 21, United States Code 841 (a) (1) and 846.

Further your affiant sayeth naught.

/s/ Jennifer Traud

_____
SA Jennifer M. Traud, Special Agent
U.S. Drug Enforcement Administration

Sworn to telephonically this __26th__ day of September, 2022 pursuant to Rule 4.1.

Colin H Lindsay, Magistrate Judge
United States District Court

5