# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                                           **PLAINTIFF**

**VS.**                                                                           **CRIMINAL ACTION NUMBER: 3:22-MJ-584**

**REGINALD DEWAYNE BROWN**                                                                                             **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on September 29, 2022 to conduct a combined preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Mac Shannon on behalf of Alicia P. Gomez, Assistant United States Attorney |
| For the defendant: | Defendant Reginald DeWayne Brown - Present and in custody<br>John Casey McCall, retained – Present |
| Court Reporter: | Digitally recorded |

At the request of the United States and the Court having considered defense counsel's objection,

**IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **October 11, 2022 at 1:00 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 29th day of September, 2022

**ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT. JR., CLERK**
**BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
      U.S. Probation
      Counsel for Defendant

0|10