**FILED**
JAMES J. VILT, JR. - CLERK

OCT - 4 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:22CR-123-GNS

CLARENCE DEMETRIUS STOTT
REGINALD DEWAYNE BROWN
AXEL JAIR DIAZ HERNANDEZ

21 U.S.C. § 841(a)(1)
21 U.S.C. §841(b)(1)(A)(ii)(II)
21 U.S.C. §841(b)(1)(B)(ii)(II)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 2

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Distribute Controlled Substances)*

Beginning on or about September 22, 2022, and continuing to on or about September 23, 2022, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, the defendants, **CLARENCE DEMETRIUS STOTT**, **REGINALD DEWAYNE BROWN** and **AXEL JAIR DIAZ HERNANDEZ**, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii)(II).

The Grand Jury further charges:

## COUNT 2
*(Possession with Intent to Distribute Controlled Substances)*

On or about September 23, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants **CLARENCE DEMETRIUS STOTT** and **REGINALD DEWAYNE BROWN**, aided and abetted by each other and others, knowingly and intentionally possessed with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3
*(Possession with Intent to Distribute Controlled Substances)*

On or about September 23, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **AXEL JAIR DIAZ HERNANDEZ**, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(b)(1)(B)(ii)(II).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841 and 846, as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **CLARENCE DEMETRIUS STOTT, REGINALD DEWAYNE BROWN** and **AXEL JAIR DIAZ HERNANDEZ,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in this Indictment, including but not limited to $72,231.

A TRUE BILL.

Redacted

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB: APG:RBB

UNITED STATES OF AMERICA v. **CLARENCE DEMETRIUS STOTT, REGINALD DEWAYNE BROWN** and **AXEL JAIR DIAZ HERNANDEZ**

## PENALTIES

| | |
|---|---|
| Counts 1 & 2: | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release |
| | NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release |
| | (With notice of one prior serious drug felony/serious violent felony) |
| | NL 25 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release |
| | (With notice of two prior serious drug felonies/serious violent felonies) |
| Count 3: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release |
| | NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release |
| | (With notice of one prior serious drug felony/serious violent felony) |

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual     Felony:  $100 per count/individual
              $125 per count/other                   $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

<u>**Failure to pay fine as ordered may subject you to the following**</u>:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.
    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.Siracy offenses, you may also be ordered to make restitution to any victim of the offense, in additther penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.