UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              Criminal Action No.: 3: 22 CR - 123 - GNS

CLARENCE D. STOTT, et al                                          DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Alicia P. Gomez hereby enters her appearance of record

on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502)
FAX:   (502)
Email:

FILED
JAMES J. VILT, JR. - CLERK
OCT - 4 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY