

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-123-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 10/4/2022 1:46:16 PM
Transaction ID: 70007

Request New Judge    Return