**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:22-CR-123-GNS**

**UNITED STATES OF AMERICA,**                                                      **PLAINTIFF**

**v.**

**CLARENCE DEMETRIUS STOTT**
**REGINALD DEWAYNE BROWN**
**AXEL JAIR DIAZ-HERNANDEZ,**                                    **DEFENDANTS**

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

cc: Counsel of record