**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:22-CR-00123-GNS**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.

CLARENCE DEMETRIUS STOTT (1)
REGINALD DEWAYNE BROWN (2)
AXEL JAIR DIAZ-HERNANDEZ (3)                                        DEFENDANTS

**ORDER**

A telephonic further proceeding was held on November 1, 2022.

Appearing by phone:
For the Plaintiff:    Alicia P. Gomez, Assistant United States Attorney
For the Defendants:   Scott C. Cox, Retained Counsel for Stott
                      John Casey McCall, Retained Counsel for Brown
                      Brendan Joseph McLeod, Retained Counsel for Diaz-Hernandez

These proceedings were digitally recorded via Court ECRO DeAnna Whitney.

**IT IS ORDERED:**

**A telephonic further proceeding** is set on **December 14, 2022 at 2:30 p.m. CST/3:30 p.m. EST**. Counsel for the parties shall connect to the call by dialing 888-808-6929 and entering Access Code 9986721. If this matter needs to be advanced on the Court's docket for any reason, counsel shall contact the Courtroom Deputy, Ms. Traci Duff at traci_duff@kywd.uscourts.gov or (270) 393-2505.

Counsel for the defendants requested additional time to review discovery, confer with the clients and the United States Attorney, and to consider any possible resolution. The parties agreed this time should be excluded from the Speedy Trial Act.

In the interest of justice, and pursuant to 18 USC §3161(h)(7)(A), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **November 1, 2022** and **December 14, 2022** is excluded from the time allowed for a speedy trial.

Greg N. Stivers, Chief Judge
United States District Court

November 1, 2022

cc:    Counsel of Record
BG | 05