UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:22-CR-00123-GNS

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.

CLARENCE DEMETRIUS STOTT (1)
REGINALD DEWAYNE BROWN (2)
AXEL JAIR DIAZ-HERNANDEZ (3)                                                           DEFENDANTS

**ORDER**

A telephonic further proceeding was held on December 14, 2022.

Appearing by phone:
For the Plaintiff:        Erin McKenzie, Assistant United States Attorney, standing in for Alicia Gomez
For the Defendants:   Scott C. Cox, Retained Counsel for Stott
                      John Casey McCall, Retained Counsel for Brown

The Court attempted to contact Brendan McLeod, Retained Counsel for Diaz-Hernandez, but was unable to reach him.  These proceedings were digitally recorded via Court ECRO DeAnna Whitney.

**IT IS ORDERED:**

Counsel shall file motions by **January 14, 2023**.  A **telephonic further proceeding** is set on **January 31, 2023 at 3:15 p.m. EST.**  Counsel for the parties shall connect to the phone call by dialing 888-808-6929 and entering Access Code 9986721.  If this matter needs to be advanced on the Court's docket for any reason, counsel shall contact the Courtroom Deputy, Ms. Traci Duff at (270) 393-2505 or traci_duff@kywd.uscourts.gov.

Counsel for the United States advised that there is more discovery that will need to be produced.  Counsel for the defendants requested additional time to review discovery, confer with the client and the United States Attorney, and to consider any possible resolution.  The parties agreed this time should be excluded from the Speedy Trial Act.

Defendants agree, and in the interest of justice, and pursuant to 18 USC §3161(h)(7)(A), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **December 14, 2022** and **January 31, 2023** is excluded from the time allowed for a speedy trial.

Greg N. Stivers, Chief Judge
United States District Court

cc:     Counsel of Record
BG | 07

December 15, 2022