UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:22-CR-00123-GNS

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.

CLARENCE DEMETRIUS STOTT (1)
REGINALD DEWAYNE BROWN (2)
AXEL JAIR DIAZ-HERNANDEZ (3)                                                                        DEFENDANTS

**ORDER**

A telephonic further proceeding was held on January 31, 2023.

Appearing by phone:
For the Plaintiff:      Alicia Gomez, Assistant United States Attorney
For the Defendants:     Scott C. Cox, Retained Counsel for Stott
                        John Casey McCall, Retained Counsel for Brown

The Court attempted to contact Brendan McLeod, Retained Counsel for Diaz-Hernandez, but was unable to reach him.  **Mr. McLeod is ordered to call Traci Duff at (270) 393-2505 upon receipt of this Order.**  These proceedings were digitally recorded via Court ECRO DeAnna Whitney.

**IT IS ORDERED:**

A **telephonic further proceeding** is set on **March 20, 2023 at 3:30 p.m. EDT.  Counsel for the parties shall connect to the phone call by dialing 888-808-6929 and entering Access Code 9986721.**  If this matter needs to be advanced on the Court's docket for any reason, counsel shall contact the Courtroom Deputy, Ms. Traci Duff at traci_duff@kywd.uscourts.gov or (270) 393-2505.

Counsel for the defendants requested additional time to review discovery, confer with the client and the United States Attorney, and to consider any possible resolution.  The parties agreed this time should be excluded from the Speedy Trial Act.

Defendants agree, and in the interest of justice, and pursuant to 18 USC §3161(h)(7)(A), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **January 31, 2023** and **March 20, 2023** is excluded from the time allowed for a speedy trial.

Greg N. Stivers, Chief Judge
United States District Court

January 31, 2023

cc:     Counsel of Record
BG | 07