**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:22-CR-00123-GNS**

UNITED STATES OF AMERICA                                                                                     PLAINTIFF

v.

CLARENCE DEMETRIUS STOTT (1)
REGINALD DEWAYNE BROWN (2)
AXEL JAIR DIAZ-HERNANDEZ (3)                                                                       DEFENDANTS

**ORDER**

A telephonic further proceeding was held on March 20, 2023.

Appearing by phone:
For the Plaintiff:         Alicia Gomez, Assistant United States Attorney
For the Defendants:    Scott C. Cox, Retained Counsel for Stott
                       John Casey McCall, Retained Counsel for Brown
                       Scott Wendelsdorf, Federal Defender for Diaz-Hernandez

These proceedings were digitally recorded via Court ECRO DeAnna Whitney.

**IT IS ORDERED:**

A **telephonic further proceeding** is set on **May 15, 2023 at 3:15 p.m. EDT.  Counsel for the parties shall connect to the phone call by dialing 888-808-6929 and entering Access Code 9986721.**  If this matter needs to be advanced on the Court's docket for any reason, counsel shall contact the Courtroom Deputy, Ms. Traci Duff at traci_duff@kywd.uscourts.gov or (270) 393-2505.

Counsel for the defendants requested additional time to review discovery, confer with the client and the United States Attorney, and to consider any possible resolution.  The parties agreed this time should be excluded from the Speedy Trial Act.

Defendants agree, and in the interest of justice, and pursuant to 18 USC §3161(h)(7)(A), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **March 20, 2023** and **May 15, 2023** is excluded from the time allowed for a speedy trial.

Greg N. Stivers, Chief Judge
United States District Court

March 21, 2023

cc:    Counsel of Record
BG | 06