UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                         **CRIMINAL ACTION NO. 3:22-cr-00123-GNS-RSE**

**REGINALD BROWN**                                               **DEFENDANT**

### NOTICE OF ATTORNEY APPEARANCE

Comes now Hon. Rob Eggert, attorney at law, and hereby respectfully requests this Court to enter his appearance as counsel of record on behalf of Reginald Brown in the above-styled matter.

                                                     **Respectfully submitted,**

                                                     /**s**/ *Rob Eggert*
                                                     **ROB EGGERT**
                                                     600 West Main Street
                                                     Suite 100
                                                     Louisville, Kentucky 40202
                                                     (502) 540-5700

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2023 the foregoing notice was electronically-filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

                                                     /s/ *Rob Eggert*
                                                     **ROB EGGERT**