UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-123-DJH

CLARENCE DEMETRIUS STOTT,
REGINALD DEWAYNE BROWN, and
AXEL JAIR DIAZ-HERNANDEZ,     Defendants.

\* \* \* \* \*

### ORDER

On the Court's own motion and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1)     The telephonic status conference set for May 16, 2023, is **REMANDED** from the Court's docket and **RESCHEDULED** for **May 30, 2023, at 10:30 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#. Counsel shall confer in advance regarding a potential trial schedule.

(2)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from May 15, 2023, to May 30, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because the defendants would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent

preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

May 16, 2023

David J. Hale, Judge
United States District Court