UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-123-DJH

CLARENCE DEMETRIUS STOTT (1),
REGINALD DEWAYNE BROWN (2), and
AXEL JAIR DIAZ-HERNANDEZ (3),     Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on May 30, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Alicia P. Gomez |
| For Defendants: | Scott C. Cox |
| | Scott Coleman Cox, II |
| | John Casey McCall |
| | Rob Eggert |
| | Aaron Dyke (for Scott T. Wendelsdorf) |

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) This matter is **SET** for a change-of-plea hearing as to Defendant Axel Jair Diaz-Hernandez (3) on **June 21, 2023, at 1:30 p.m**. at the U.S. Courthouse in Louisville, Kentucky.

(2) This matter is **SET** for a status hearing as to Defendants Clarence Demetrius Stott (1) and Reginald Dewayne Brown (2) on **June 21, 2023, at 2:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

1

(3)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from March 20, 2023, to June 21, 2023, is excludable in computing the time within which the trials of Defendants Stott (1), Brown (2), and Diaz-Hernandez (3) must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure allow it would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

May 30, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg