UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-123-DJH-2
*Electronically Filed*

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.              **MOTION TO SCHEDULE CHANGE OF PLEA HEARING**

REGINALD DEWAYNE BROWN                                                                 DEFENDANT

     Reginald DeWayne Brown respectfully requests the Court to schedule a date for a change of plea. Mr. Brown has reached an agreement with the United States and is ready to enter a plea pursuant to that plea agreement at the Court's earliest convenience. Mr. Brown is also willing to change his plea before a Magistrate Judge if that will be more convenient for the Court.

                                           **RESPECTFULLY SUBMITTED,**

                                           */s/ John Casey McCall*
                                           **JOHN CASEY MCCALL**
                                           600 West Main Street, Suite 300
                                           Louisville, Kentucky 40202
                                           (502) 589-6190

**CERTIFICATE OF SERVICE**

     It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                           */s/ John Casey McCall*
                                           John Casey McCall