UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-123-DJH-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | **ORDER** | |
| REGINALD DEWAYNE BROWN | | DEFENDANT |

Motion having been made and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that this matter is scheduled for a change of plea on the _____ day of _____, 2023 at _____.