AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
для the
Western District of Kentucky

**FILED**
JAMES J. VILT, JR. - CLERK
JUL 31 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22-CR-123-DJH |
| Reginald DeWayne Brown | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/31/2023

_Reginald Brown_
Defendant's signature

_/s/_
Signature of defendant's attorney

John Casey McCall
Printed name of defendant's attorney

_/s/_
Judge's signature

David J. Hale, United States District Judge
Judge's printed name and title