UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                                Plaintiff,

v.                                                                                              Criminal Action No. 3:22-cr-123-DJH-2

REGINALD DEWAYNE BROWN,                                                                                                Defendant.

\* \* \* \* \*

## NOTICE

Having reviewed the presentence investigation report (Docket No. 64; D.N. 72), the Court hereby gives notice to the parties pursuant to Rule 11(c)(5) that it may reject the parties' Rule 11(c)(1)(C) plea agreement. (D.N. 60) The sentencing hearing scheduled for October 19, 2023 (D.N. 59), **SHALL PROCEED AS SCHEDULED**. The Court is prepared to hear arguments of counsel regarding the appropriateness of the terms of the plea agreement and either proceed thereafter with imposition of a sentence or, if the Court finds it necessary after hearing argument, in accordance with the requirements of Rule 11(c)(5)(A)-(C).

October 11, 2023

David J. Hale, Judge
United States District Court

1