UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-123-DJH-2
*Electronically Filed*

UNITED STATES OF AMERICA                                                                       PLAINTIFF

V.            **UNOPPOSED MOTION TO CONTINUE SENTENCING**

REGINALD DEWAYNE BROWN                                                              DEFENDANT

In light of the Court's Notice of October 12, 2023 (Doc. No. 73) and the parties needing additional time to work through sentencing issues, this Court is respectfully requested to continue Mr. Brown's sentencing for approximately thirty (30) days.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

**RESPECTFULLY SUBMITTED,**

*/s/ John Casey McCall*
**JOHN CASEY MCCALL**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ John Casey McCall*
John Casey McCall