UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-123-DJH-2

UNITED STATES OF AMERICA                                                                     PLAINTIFF

V.                                                            **ORDER**

REGINALD DEWAYNE BROWN                                                                     DEFENDANT

Motion having been made and with the United States having no objection, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Mr. Brown's sentencing, currently scheduled for October 19, 2023, is continued to the _____ day of _____, 2023 at _____.