UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | Criminal Action No. 3:22-cr-0123-DJH |
| REGINALD DEWAYNE BROWN | DEFENDANT |

DEFENDANT'S SENTENCING MEMORANDUM

Comes the Defendant, Reggie Brown, through counsel, and offers the following sentencing memorandum for the sentencing scheduled for November 27, 2023. Mr. Brown has entered a plea agreement pursuant to Rule 11(c)(1)(C) in this matter. The plea agreement between the parties is for a sentence of 60 months, which is a variance from the calculated Guidelines sentence, but satisfies the 18 U.S.C. 3553 sentencing factors, and a higher sentence would be greater than necessary to accomplish the goals of sentencing.

The Guidelines sentence in this case is largely driven by Mr. Brown's criminal history. There is no denying that his criminal history is lengthy – his involvement with the judicial system began when he was ten-years-old. Placing his juvenile criminal history alongside the personal and family history contained in the PSR, it is clear that Mr. Brown had a traumatic childhood. His father, who was a preacher, was shot and killed when Mr. Brown was in preschool. He was left with a single mother whose attention was largely taken up by caring for his autistic sister. The PSR shows the history of a child's misguided efforts to get attention. And his efforts escalated and spiraled. Each step in the wrong direction taken by Mr. Brown made it more difficult to get on the right path. It is difficult to imagine employment opportunities for someone with Mr. Brown's history. Mr. Brown needs help.

The agreed upon five-year federal sentence will be the right length for Mr. Brown to obtain much needed vocational training, life-skills training, and hopefully mental health care, although the BOP is woefully under-staffed and over-burdened when it comes to the availability of mental health care. In order to process and heal from the childhood traumas suffered by Mr. Brown, he needs mental health care. He will best be able to obtain this out-of-custody. A five year start on life skills training in the BOP will best position Mr. Brown to obtain and be open to the mental health care he needs upon his release.

All of these factors were considered by the parties when they agreed upon the five-year sentence. Having agreed to plead guilty, Mr. Brown asks that he be given the benefit of the bargain that was fairly negotiated.

WHEREFORE, Mr. Brown respectfully requests this Court sentence him to the 60-month sentence agreed to by the parties.

Respectfully submitted,

s/ Rob Eggert_____
Rob Eggert
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
Counsel for Reginald Brown

**CERTIFICATE OF FILING**

I hereby certify that on November 22, 2023, the foregoing memorandum was electronically filed with the Clerk of the Court by using the CM/ECF system which will automatically send notice to all attorneys of record.

s/ Rob Eggert
Rob Eggert