UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-123-DJH-2

REGINALD DEWAYNE BROWN,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a sentencing hearing on November 27, 2023, with the following counsel participating:

    For the United States:     Alicia P. Gomez

    For Defendant:     John Casey McCall
                                      Rob Eggert

The defendant was present. On the record in open court, the Court informed the parties that it rejected their Rule 11(c)(1)(C) plea agreement and advised the defendant of his rights and options pursuant to Federal Rule of Criminal Procedure 11(c)(5). The Court concluded that the disparity is too great between the agreed-upon sentence and the range recommended by the sentencing guidelines. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)     This matter is **SET** for a status hearing on **January 18, 2024, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky. At that hearing, the defendant shall inform the Court whether he wishes to withdraw his previously entered plea and proceed to trial, or proceed to sentencing.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from November 27, 2023, to January 18, 2024, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant and his counsel would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

November 27, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/25
Court Reporter: Dena Legg