UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                             Plaintiff,

v.                                              Criminal Action No. 3:22-cr-123-DJH-2

REGINALD DEWAYNE BROWN,                                            Defendant.

* * * * *

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on February 1, 2024, with the following counsel participating:

For the United States:          Alicia P. Gomez

For Defendant:                  John Casey McCall

The defendant was present.  On the record in open court, the Court informed the parties that it rejected their revised Rule 11(c)(1)(C) plea agreement and advised the defendant of his rights and options pursuant to Federal Rule of Criminal Procedure 11(c)(5).  The Court concluded that the disparity is too great between the agreed-upon sentence and the range recommended by the sentencing guidelines.  Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)      This matter is **SET** for a telephonic status conference on **February 20, 2024, at 9:30 a.m.** before Judge David J. Hale.  Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

1

(2)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from February 1, 2024, to February 20, 2024, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant and his counsel would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

February 1, 2024

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg

2