UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                            CRIMINAL ACTION NO. 3:22-CR-00123

REGINALD DEWAYNE BROWN                                                                        DEFENDANT

**ORDER**

On motion of Reginald Dewayne Brown to suppress all evidence seized from his person on September 22-23, 2022, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** this matter is set down for a hearing on the _____ day of _____, 2023 at _____.