UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                         Criminal Action No. 3:22-cr-123-DJH-2

REGINALD DEWAYNE BROWN,                                      Defendant.

* * * * *

### ORDER

The defendant having filed a motion to suppress (Docket No. 105), it is hereby

**ORDERED** that the United States **SHALL FILE** a response to the motion (D.N. 105) on

or before **March 13, 2024.**  Any reply **SHALL** be filed no later than March 19, 2024.

March 7, 2024

**David J. Hale, Judge**
**United States District Court**

1