UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                        CRIMINAL ACTION NO.: 3:22-CR-123-DJH

REGINALD DEWAYNE BROWN                                                        DEFENDANT

## UNOPPOSED MOTION FOR EXTENSION OF TIME
*-- Filed Electronically --*

Comes the United States, by counsel, and moves the Court for an extension of time in which to file the United States' response to the Defendant's Motion to Suppress Evidence (DN 105). As grounds for the motion, undersigned counsel states that counsel is currently preparing for trial in another matter before this Court. Undersigned counsel needs additional time to review the filings and prepare a response. Counsel for the United States is authorized to state that the defendant does not object to this motion.

Wherefore, undersigned counsel respectfully requests that the Court enter an order granting the United States an extension of time up to and including Monday, March 18, 2024, in which to file its suppression response.

Respectfully Submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

*s/ Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6326
alicia.gomez@usdoj.gov

## **CERTIFICATE OF SERVICE**

    On March 13, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

                                            *s/ Alicia P. Gomez*
                                        Assistant United States Attorney