UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                                                      CRIMINAL ACTION NO.: 3:22-CR-123-DJH

REGINALD DEWAYNE BROWN                                                                                  DEFENDANT

## **ORDER**

Upon consideration of the United States' Motion for an Extension of Time for the United States to respond to the defendant's Motion to Suppress Evidence, the Motion is GRANTED. The United States shall file a response to the Motion no later than March 18, 2024.