| | | |
|---|---|---|
| LMPD #19-001 SW<br>Rev. 1-19<br>Page 1 of 4<br><br>Ky. Const. Sect. 10; RCr 13.10 | <br>**SEARCH WARRANT** | Case No.:<br>Court: Circuit Court<br>County: Jefferson County<br>Division: Criminal Interdiction Division |

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:**
Proof by affidavit having this day been made before me by: __Detective Cody W. Pfeiffer (#7290)__
a peace officer of __The Louisville Metropolitan Police Department__, that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; **you are commanded to search** the premises known and numbered as:

<mark>**8805 Beulah Church Road, Louisville, Jefferson County, Kentucky 402**</mark>**91 and detached shed**



*(Actual Photograph of the House)*

**and more particularly described as follows:**
8805 Beulah Church Road is located in the 8800 block of Beulah Church Road, just east of the intersection with Johnson School Road. The residence sits on the north/west side of the street and faces south/east. The house is a single-family residence, with vinyl siding (light gray in color), with a gray shingle roof. The front door is white in color and is accessed from covered front patio with two concrete stairs leading up to the patio from the driveway sidewalk. Three white posts hold up the front of the patio covering. Two windows face the front yard on the left side of the front door, and a double window sits just right of the front door that also faces the front yard.

LMPD #19-001 SW
Rev. 1-19
Page 2 of 4

### and/or in a vehicle or vehicles described as:

A 2012 white Audi A7 bearing Kentucky registration C5K690 registered to Mrs. Rosie Laury.
Listed vehicle currently parked in the driveway of 8805 Beulah Church Road operated by Mr. Clarence Stott



A 2016 grey Chevy Malibu bearing Kentucky registration 8779 HR registered to Mrs. Beverly Daniels.
`Listed vehicle currently parked in the driveway of 8805 Beulah Church Road operated by Mr. Reginald Brown



### and/or on the person or persons of:

### and seize the following described personal property:

- Cocaine, marijuana, and any illegal controlled substances, pursuant to KRS 218A, and any other contraband or paraphernalia used to package, weigh, sell, distribute, cut or ingest controlled substances; and

- Firearms and ammunition including, but not limited to, handguns, pistols, revolvers, rifles, shotguns, and other weapons, and any records or receipts pertaining to firearms and ammunition utilized in furtherance and for the protection of illegal drug trafficking activity; and

- Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase, and distribution of controlled substances, in particular suspected fentanyl pills and/ or Roxicodone and marijuana; and other controlled substances; and

- United States currency, jewelry, bank statements, and related records, safe deposit box keys, money wrappers, and any safe(s) within the structure where damage may have been caused to gain access; and

LMPD #19-001 SW
Rev. 1-19
Page 3 of 4

- Address and/or telephone books, safes, rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers, and/or telex numbers of co-conspirators, and sources of supply; and

- Any electronic device capable of electronic communication or accessing social media accounts to include but not limited to cellular telephones, laptops, hard drives, electronic tablets, apple watches and security systems to include Ring doorbell cameras and camera monitoring systems

- Indicia of occupancy, residency, rental and/or ownership of the premise described herein including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, and keys.



If you find the above-described property, or any part thereof, **you will seize the property and deliver it forthwith** to me or any other court in which the offense in respect to which the property or things taken is triable, **or retain it in your custody subject to order of said court.**

Date: __9-23__, 2 __022__    _____/s/ CHAUVIN_____ Judge

_____JEFF-CT?_____ Court

Executed this __23__ day of __Sept__, 2 __022__, by Officer __C. Pfeiffer__
of the __Louisville Metro Police Department__, Badge No. __7290__, by
searching said premises/vehicle/person(s) described herein and by seizing the following:

Inventory Log

LMPD #19-001 SW
Rev. 1-19
Page 4 of 4

| | | |
|---|---|---|
| LMPD #19-002 ASW<br>Rev. 1-19<br>Page 1 of 9 | **AFFIDAVIT FOR SEARCH WARRANT** | Case No.:<br>Court:   Circuit<br>County:  Jefferson County |
| Ky. Const. Section 10; RCr 2.02<br>RCr 13.10 | | Division: Criminal Interdiction Division |

**Affiant,** Detective Cody Pfeiffer (#7290) , a peace officer of The Louisville Metropolitan Police Department , being first duly sworn, states he/she has, and there is reasonable and probable grounds to believe, and **Affiant** does believe, there is now on the premises known and numbered as:

**8805 Beulah Church Road, Louisville, Jefferson County, Kentucky 40291** and detached shed



*(Actual Photograph of the House)*

**and more particularly described as follows:**

8805 Beulah Church Road is located in the 8800 block of Beulah Church Road, just east of the intersection with Johnson School Road. The residence sits on the north/west side of the street and faces south/east. The house is a single-family residence, with vinyl siding (light gray in color), with a gray shingle roof. The front door is white in color and is accessed from covered front patio with two concrete stairs leading up to the patio from the driveway sidewalk. Three white posts hold up the front of the patio covering. Two windows face the front yard on the left side of the front door, and a double window sits just right of the front door that also faces the front yard.

**and/or in a vehicle or vehicles described as:**

A 2012 white Audi A7 bearing Kentucky registration C5K690 registered to Mrs. Rosie Laury.
Listed vehicle currently parked in the driveway of 8805 Beulah Church Road operated by Mr. Clarence Stott



A 2016 grey Chevy Malibu bearing Kentucky registration 8779 HR registered to Mrs. Beverly Daniels.
`Listed vehicle currently parked in the driveway of 8805 Beulah Church Road operated by Mr. Reginald Brown



**and/or on the person or persons of:**

**the following described personal property, to wit:**

- Cocaine, marijuana, and any illegal controlled substances, pursuant to KRS 218A, and any other contraband or paraphernalia used to package, weigh, sell, distribute, cut or ingest controlled substances; and

- Firearms and ammunition including, but not limited to, handguns, pistols, revolvers, rifles, shotguns, and other weapons, and any records or receipts pertaining to firearms and ammunition utilized in furtherance and for the protection of illegal drug trafficking activity; and

- Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase, and distribution of controlled substances, in particular suspected fentanyl pills and/ or Roxicodone and marijuana; and other controlled substances; and

- United States currency, jewelry, bank statements, and related records, safe deposit box keys, money wrappers, and any safe(s) within the structure where damage may have been caused to gain access; and

- Address and/or telephone books, safes, rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers, and/or telex numbers of co-conspirators, and sources of supply; and

- Any electronic device capable of electronic communication or accessing social media accounts to include but not limited to cellular telephones, laptops, hard drives, electronic tablets, apple watches and security systems to include Ring doorbell cameras and camera monitoring systems

- Indicia of occupancy, residency, rental and/or ownership of the premise described herein including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, and keys.

**Affiant believes and states there is probable and reasonable cause to believe said property constitutes:**
(check appropriate box or boxes):

☐ stolen or embezzled property;

☒ property or things used as means of committing a crime;

☒ property or things in possession of a person who intends to use it as a means of committing a crime;

☒ property or things in possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery and which is intended to be used as a means of committing a crime;

☒ property or things consisting of evidence which tends to show a crime has been committed or a particular person has committed a crime;

☐ Other _____

**Affiant** has been an officer in the aforementioned agency for a period of ___7___ years and ___7___ months. The information and observations contained herein were received and made in his/her capacity as an officer thereof. On ___July 4___, ___2022___, at approximately ___1600___ ☐ a.m. ☒ p.m., **Affiant** received information from/observed:

1. **INFORMATION: INFORMATION:** On Wednesday, September 14, 2022, I filed a criminal complaint warrant on Mr. Reginald Dwayne Brown. Mr. Reginald Dwayne Brown is wanted on Jefferson County E-warrant #E05610004341032. This felony warrant consists of charges related to an investigation that occurred on Monday, July 4, 2022. The charges on the warrant consist of Fleeing First 1st Motor Vehicle, Wanton Endangerment 1st, Excessive Window Tinting, and Disregarding a Stop Sign. I discovered that Mr. Reginald Dwayne Brown is currently on Probation and reports to Kentucky Probation and Parole District 16 located at 410 W. Chestnut Street in Louisville, Jefferson County, Kentucky.

**Acting on the information received, Affiant conducted the following independent investigation:**

1. **PHYSICAL SURVEILLANCE**: On Monday, July 4, 2022, detectives assigned to The Louisville Metro Police Department's Criminal Interdiction Division – Violent Crime Squad #1, were conducting physical surveillance on 2728 W. Market Street at The Dairy Mart. Detectives observed a known offender and multi-time convicted felon, Mr. Lorenzo Carroll, standing at the passenger side door of a white 2016 Dodge Challenger bearing Kentucky temporary registration B219887 with a handgun with an extended magazine in his front waistband. Mr. Lorenzo Carroll was accompanied with an unknown African American male at the fireworks tent. After purchasing fireworks, the unknown African American male went inside of the convenient store and Mr. Lorenzo Carroll moved the white 2016 Dodge Challenger and backed into a parking spot close to

the store. The unknown African American male was observed departing the store, opening the driver's side door of the white 2016 Dodge Challenger, and departing the gas station lot traveling eastbound on W. Market Street. These events from beginning to end were captured on RTCC camera footage located at 28th and W. Market Street.



(Source: RTCC – Mr. Carroll Armed with a Handgun)   (Source: Mr. Reginald Brown Entering Operator's Seat)

2. **VEHICLE FOLLOW:** Following the physical surveillance and departure of The Dairy Mart at 28th and Market Street, detectives began to follow the vehicle eastbound on W. Market Street. Detectives followed this vehicle to 22nd and W. Market where the unknown African American made a right-hand turn traveling southbound onto 22nd Street. Detectives initiated a traffic stop on this vehicle with lights and sirens for excessive window tinting, a violation pursuant to KRS 189.110. This vehicle failed to yield and accelerated at a high rate of speed in a residential neighborhood fleeing detectives. Detectives did not purse this vehicle and terminated once the vehicle refused to yield.



(Source: RTCC – Dairy Mart)   (Source: RTCC – Vehicle Departing E/B on W. Market St)

3. **IDENTIFICATION:** Prior to the traffic stop and during physical surveillance at 28th and W. Market Street, detectives were able to video record and capture photographs of the operator of the white 2016 Dodge Challenger. RTCC was able to identify Mr. Reginald Dwayne Brown from this photograph captured at 28th and W. Market Street. Additionally, I reached out to Probation and Parole Supervising Officer Colter Turner who sent this photograph to Mr. Reginald Brown's assigned Probation and Parole officer and he was able to identify him as well.



*(Source: RTCC – Mr. Reginald Brown)*

4. **PROBATION & PAROLE:** I reached out to Probation and Parole at District 16 and spoke to Probation and Parole Officer Colter Turner. Probation and Parole Officer Colter Turner was able to confirm that Mr. Reginald Dwayne Brown is currently on probation and reporting to his office. Probation and Parole Officer Colter Turner was able to provide me with a telephone number and an address that Mr. Reginald Dwayne Brown provided Probation and Parole. This telephone number and address was confirmed by Probation and Parole. The telephone number provided to me by Probation and Parole was (502) 821-0990 with an address of 271 Laurie Valle #271 in Louisville, Jefferson County, Kentucky.

5. **TELEPHONE NUMBER (502) 821-0990:** I researched telephone number (502) 821-0990 on Clear (law enforcement investigative tool) and could not retrieve any useful information. Furthermore, I reached out to a DEA Intelligence Research Specialist who was able to provide carrier and subscriber information. I discovered that as of January 2022 this telephone number is registered to Mr. Reginald Dwayne Brown at 2623 W. Madison Street in Louisville, Jefferson County, Kentucky. This telephone number is currently assigned to T-Mobile. Furthermore, the DEA Intelligence Research Specialist stated that this telephone number is currently tied into an active DEA case.

6. **SEARCH WARRANT:** On Wednesday, September 21, 2022, I drafted a sealed search warrant for a Pen Register Trap and Trace on telephone phone number (502) 821-0990 being utilized by Mr. Reginald Brown. On Wednesday, September 21, 2022, I consulted with Jefferson County Circuit Court Judge McKay Chauvin who signed and authorized this search warrant to be executed. On Thursday, September 22, 2022, I began receiving technological data from this Pen Register Trap and Trace.

7. **PHYSICAL SURVEILLANCE:** On Friday, September 23, 2022, at approximately 1100 hours, I located a 2016 grey Chevy Malibu bearing Kentucky registration 8779 HR that Mr. Reginald Brown is known to operate traveling down Hurstbourne Parkway at Seaton Springs Parkway. It was currently unknown who was operating this vehicle at the time. I, and several other members of the Louisville Metro Police Department's Criminal Interdiction Division conducted a physical follow of this vehicle. I followed this vehicle to the intersection of

Ferndale Road and Fern Creek Road and observed a 2012 brown Nissan Murano with Texas registration that appeared to be following Mr. Reginald Browns' vehicle. It was occupied by a single Hispanic male. This Nissan Murano is registered to Ramiro Garcia out of the state of Texas. Both vehicles arrived at 8805 Beulah Church Road and pulled into the driveway. Detectives began conducting physical surveillance of this location and immediately observed multiple vehicles coming and going from this location. At approximately 1222, Detective Eric Miller observed a 2012 white Audi A7 arrive at this location. One single African American male occupant exited the operator seat of this vehicle, determined later to be Clarence Stott, and meet up with the Hispanic male, determined later to be Axel Diaz Hernandez, and Mr. Reginald Brown. At approximately 1448, Detective Eric Miller observed an unknown white chevy Malibu with Kentucky registration pull into the driveway and handed Mr. Clarence Stott a vacuum sealer box and a roll of bags. Mr. Clarence Stott took the vacuum sealer box and rolls of bags and walked into the front door of 8805 Beulah Church Road.

- I know from my training and experience, and my participation and involvement in numerous other weapon/ narcotic related investigations, that it is common for narcotic traffickers to utilize vacuum sealers to seal up their narcotics along with the US currency that stem from the sale of illegal narcotics. Additionally, I know that Texas is a considered a source state that heavily supplies illegal narcotics across the United State of America due to its close proximity to Mexico/ South America.

8. **VEHICLE FOLLOW:** At approximately 1620, Detective Eric Miller observed the brown Nissan Murano depart the residence. Detectives, along with Air 30, conducted a physical follow of this vehicle. This vehicle drove directly to 9400 Blairwood Road to the Baymont Inn and backed into a parking spot next to a backed in 2004 Maroon Nissan Titan bearing Virginia registration TXS-3323. This vehicle is registered to Mr. Luis Veliz. Mr. Axel Diaz Hernandez exited the operator's seat of the brown Nissan Murano and grabbed a toolbox and placed it in the bed of the truck. Additionally, Mr. Axel Diaz Hernandez grabbed a brown bag and placed it in the back seat area behind the operator's seat along with an additional bag. Mr. Axel Diaz Hernandez then got into the operator's seat on the 2004 maroon Nissan Murano.

- I know from my training and experience, and my participation and involvement in numerous other weapon/ narcotic related investigations, that it is common for narcotic traffickers to utilize multiple different vehicles and locations to conduct criminal activity involving narcotic and weapon related offenses.

9. **VEHICLE ENGAGEMENT:** Due to the suspicious nature of these activities at the hotel, along with the traffic infraction that I observed Mr. Axel Diaz Hernandez conduct on his way to 9400 Blairwood Road on Fern Creek Road at Bardstown Road, Detective Christopher Marks and I made contact with Mr. Axel Diaz Hernandez after he switched vehicles and was sitting in the 2004 Maroon Nissan Titan. At our approach, Mr. Axel Diaz Hernandez had a user amount of marijuana that he was attempting to roll up. Upon probable cause search of the vehicle and after a trained K-9 narcotics detection dog alerted to the bag, detectives located a brown bag behind the operator's seat of the vehicle that contained a kilo of suspected cocaine. Additionally, detectives located a large amount of US currency on Mr. Axel Diaz Hernandez's' person and in the Nissan Murano that was in rubber bands.

10. **VEHICLE ENGAGEMENT:** Detectives still maintained physical surveillance and observed Mr. Clarence Stott and Mr. Reginald Brown exit the front door of 8805 Beulah Church Road. Mr. Clarence Stott got into the operator's seat of the white 2012 Audi A7 that he arrived in. Mr. Reginald Brown got into passenger seat of this vehicle with Mr. Clarence Stott. Due to the fact that Mr. Reginald Brown had an active felony warrant for his arrest, is known to flee and evade law enforcement, and the fact that Mr. Reginald Brown and Mr. Clarence Stott are violent felony offenders with extremely violent tendencies, Detectives conducted a vehicle take down in the driveway of 8805 Beulah Church Road. Mr. Reginald Brown was taken into custody for his felony arrest warrant. During search incident to arrest, Mr. Reginald Brown had a large amount of US currency on his

person. Mr. Clarence Stott was detained for the furtherance of our investigation, and he also had a very large amount of US currency in a rubber band on his person.

11. **CRIMINAL HISTORY:** I conducted a CourtNet (Kentucky Office of the Courts Records) inquiry on Mr. Reginald Dwayne Brown and Mr. Clarence Stott and determined that he is an eight-time convicted felon. Mr. Clarence Stott is a six-time convicted felon. Mr. Reginald Dwayne Brown and Mr. Clarence Stott have an extensive and violent Kentucky Criminal History to include multiple violent offenses, weapon related offenses, and drug trafficking convictions and others as noted below:

### Mr. Reginald Dwayne Brown

- Jefferson County Circuit Court case 03-CR-002579 – Possession of Cocaine 1st Offense, Assault 3rd Police/Probation Officer with a disposition of (5) years of supervised diversion.

- Jefferson County Circuit Court case 04-CR-003252-001 – Possession of Cocaine 1st and Tampering with Physical Evidence with a disposition of (10) years to serve in prison.

- Jefferson County Circuit Court case 05-CR-001676 – Wanton Endangerment 1st, Tampering with Physical Evidence with a disposition of (5) years of prison.

- Jefferson County Circuit Court case 05-CR-002620 – Possession of Cocaine 1st, Tampering with Physical Evidence, Fleeing or Evading 1st, Trafficking in Marijuana 1st, Resisting Arrest with a disposition of (10) years to serve in prison.

- Jefferson County Circuit Court case 15-CR-001033 – Convicted Felon in Possession of a Handgun, Receiving Stolen Property (Firearm), Tampering with Physical Evidence, Failure To or Improper Signal, PFO 2nd with a disposition of (4) years to serve with (7) years of probation.

- Jefferson County Circuit Court case 15-CR-001787 – Wanton Endangerment 1st Police Officer, Wanton Endangerment 1st Police Officer, Fleeing or Evading Police 1st Motor Vehicle, Possession of Cocaine 1st, 3rd or > Offense, PFO 2nd with a disposition of (3) years to serve suspended for a total of (7) years' probation.

- Jefferson County Circuit Court case 15-CR-002044-001 – Engaging in Organized Crime – Criminal Syndicate, Convicted Felon in Possession of a Handgun, Receiving Stolen Property (Firearm), Wanton Endangerment 1st, and Assault 4th with a disposition of (3) years probated for (5) years to serve.

- Jefferson County Circuit Court case 20-CR-000049 – Trafficking in Marijuana 1st and Drug Paraphernalia with a disposition of (1) year in prison.

### Mr. Clarence Demetrius Stott

- Jefferson County Circuit Court case 04-CR-000693 – Fleeing or Evading Police 1st and Tampering with Physical Evidence with a disposition of (1) year in prison.

- Jefferson County Circuit Court case 06-CR-001311-001 – Capital Murder, Assault 1st, and Tampering with Physical Evidence with a disposition of (12) years to serve in prison.

- Jefferson County Circuit Court case 13-CR-001177-001 – Trafficking in Cocaine and Tampering with Physical Evidence with a disposition of (12) months to serve.

- Jefferson County Circuit Court case 14-CR-002179-002– Trafficking in Cocaine, Trafficking in Marijuana, and Drug Paraphernalia with a disposition of (1) year of prison with (5) years of supervised probation.

- Jefferson County Circuit Court case 15-CR-002044-006– Engaging in Organized Crime-Criminal Syndicate, Enhanced Trafficking in Cocaine, Enhanced Trafficking Marijuana, and Convicted Felon in Possession of a Handgun with a disposition of (5) years of prison with (8) years of supervised probation.

- Jefferson County Circuit Court case 17-CR-001202-003– Enhanced Trafficking in Cocaine, dismissed.

- Jefferson County Circuit Court case 21-CR-002788– Convicted Felon in Possession of a Handgun and Operating a motor vehicle under the influence of alcohol with a disposition of (1) year of prison.

12. **SUMMARY:** Based on the above-mentioned facts along with the following summary, I believe that the search of 8805 Beulah Church Road will result in the seizure of evidence showing the involvement in the trafficking of a controlled substance(s) in the Louisville, Jefferson County, Kentucky area to include illegal narcotics, US currency stemming from the sale of illegal narcotic transactions, and other evidence and:

   a) The fact Mr. Axel Diaz Hernandez followed Mr. Reginald Brown to this address.
   b) The fact that Detective Eric Miller observed several short stays where an unknown white Chevy Malibu dropped off several items to include a vacuum sealer box with bags.
   c) The fact that Mr. Clarence Stott arrived at this location and all three subjects engaged in interactions with each other for several hours throughout the day.
   d) The fact that Detective Eric Miller observed Mr. Reginald Brown, Mr. Clarence Stott, and Mr. Axel Diaz Hernandez come and go from the inside of 8805 Beulah Church Road, multiple times, and around to the rear of the house where there is a shed, to include Mr. Clarence Stott walking in the front door and locking the door behind him.
   e) The fact that our vehicle engagement of Mr. Axel Diaz Hernandez resulted in the seizure of a large amount of US currency and suspected narcotics.
   f) The fact that Mr. Axel Diaz Hernandez provided myself with post Miranda statements to include that Mr. Reginald Brown handed him the bag that contained that kilo of suspected cocaine, that Mr. Clarence Stott provided Mr. Axel Diaz Hernandez with the payment to transport the suspected narcotics, and the fact that Mr. Axel Diaz Hernandez stated there was an extremely large amount of US currency inside of 8805 Beulah Church Road on the kitchen table, along with Mr. Axel Diaz Hernandez stating that Mr. Clarence Stott and Mr. Reginald Brown were both smoking marijuana at 8805 Beulah Church Road.
   g) My training and experience that violent felony offenders utilize third parties to transport illegal narcotics and the proceeds that stem from the sale of illegal narcotic transactions.
   h) My training and experience that drug traffickers commonly use multiple vehicles, multiple locations typically not in their name, and multiple involved parties to avoid law enforcement detection and store illegal narcotics and the proceeds stemming from the sale of illegal narcotic transactions.

13. I am a Detective with The Louisville Metropolitan Police Departments Criminal Interdiction Division and I have been employed as a sworn officer since August of 2015. I have conducted numerous criminal investigations involving drug possession, drug distribution and weapon related offenses. I have also affected numerous search warrants in a variety of criminal investigations.

LMPD #19-002 ASW
Rev. 1-19
Page 9 of 9

14. I am familiar with and have participated in all normal methods of investigation, including, but not limited to, visual surveillance, electronic surveillance, and the use of pen registers.

15. The facts contained in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set fourth all my knowledge pertaining to this investigation.



**Affiant** has reasonable and probable cause to believe, and believes, grounds exist for issuance of a Search Warrant based on the aforementioned facts, information and circumstances and **prays a Search Warrant be issued**, that the property (or any part thereof) be seized and brought before any Court and/or retained subject to order of said Court.

_____
Officer

Subscribed and sworn to before me ☒ in my presence ☐ via oral communication on this the ____ day of _____, at 9:28 ☐ a.m. ☒ p.m.

_____
Judge