UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                     CRIMINAL ACTION NO.: 3:22-CR-123-DJH

REGINALD DEWAYNE BROWN                                                                   DEFENDANT

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL FILINGS**
-- *Filed Electronically* --

Comes the United States of America, by counsel, and moves the Court for an extension of time to comply with the Court's Pre-Trial Order (DN 104, Memorandum of Conference and Order). As grounds for the motion, undersigned counsel states that counsel needs additional time to adequately prepare the required pre-trial filings. The United States requests a one (1) week extension of time. Undersigned counsel has spoken with counsel for Mr. Brown, who does not oppose this motion. This extension is not sought for any improper purpose and should not cause prejudice to Mr. Brown.

Wherefore, undersigned counsel respectfully requests that the Court enter an order granting the parties an extension of time in which to comply with the Court's Order in the above-styled case.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*s/ Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6326

## **CERTIFICATE OF SERVICE**

      On April 16, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

                                                *s/ Alicia P. Gomez*
                                        Assistant United States Attorney