UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                            CRIMINAL ACTION NO.: 3:22-CR-123-DJH

REGINALD DEWAYNE BROWN                                                                    DEFENDANT

## **ORDER**

Upon consideration of the United States' Unopposed Motion for an Extension of Time to File the Pre-Trial Filings and the Court being sufficiently advised, the Motion is GRANTED. The parties shall comply with the Court's Order on or before Tuesday, April 23, 2024.