UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                                          CRIMINAL ACTION NO.: 3:22-CR-123-DJH

REGINALD DEWAYNE BROWN                                                             DEFENDANT

### ORDER

Upon consideration of the United States' Unopposed Motion for an Extension of Time to File the Pre-Trial Filings and the Court being sufficiently advised, the Motion is GRANTED. The parties shall comply with the Court's Order on or before Tuesday, April 23, 2024.

April 18, 2024

David J. Hale, Judge
United States District Court